UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor VALLADARES–REAL,
Defendant–Appellant.

No. 12–50000.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 5, 2013.

Sherri Walker Hobson, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Fay Arfa, Esquire, Fay Arfa, A Law Corporation, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

Victor Valladares–Real appeals from the district court's judgment and challenges the 168–month sentence imposed following his guilty-plea conviction for conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Valladares–Real contends that the district court erred by denying him a two-level minor-role adjustment under U.S.S.G. § 3B1.2(b). We review for clear error, *see United States v. Rosas,* 615 F.3d 1058, 1066 (9th Cir.2010), and find none. Because Valladares–Real failed to demonstrate that he was "substantially less culpable than the average participant," the district court correctly denied the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n. 3(A); *Rosas,* 615 F.3d at 1067. Valladares–Real's argument that our decision in *United States v. Rojas–Millan,* 234 F.3d 464 (9th Cir.2000), compels a different result is unavailing.

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

